360 A.2d 630
DeAngelis, Appellant, v. Baker, et al.

Argued June 21, 1976.

Louis Lipschitz, with him Sidney M. DeAngelis, *in propria persona*, and Fox, Rothschild, O'Brien & Frankel, for appellant; J. Stoke Adams, III, for appellees, Joan M. Weber and Forward Lands, Inc.; Richard K. Masterson, with him Donald J. Martin, and Waters, Fleer, Cooper & Gallager, for appellee John B. Nason, III; Marvin L. Wilenzik, with him Gerber, Maerz & Wilenzik, for appellees Oliver C. Conger, Jr., and Jack M. Friedland; Gordon W. Gerber, with him Ann Fox, and Dechert, Price & Rhoads, for appellees Frederick K. Baker, Richard B. Beal, William H. Combs, Laird U. Park, Jr., and Putnam T. Stowe; James J. Binns, for appellee William R. Wis-

ter, Jr.; Thomas J. Burke, with him Haws & Burke, for appellee Arthur L. Wheeler; Donald F. Copeland, with him Speese, Bongiovanni & Copeland, for appellee William T. Tredennich; Matthew M. Strickler, with him Ballard, Spahr, Andrews & Ingersoll, for appellee David R. Wilmerding, Jr.; Neil G. Epstein, with him Stephen M. Foxman, and Goodman & Ewing, for appellee Joseph J. Connolly; James Lewis Griffith, with him Obermayer, Rebmann, Maxwell & Hippel, for appellees Thorndike Duncan and J. Permar Richards, Jr.; Raymond M. Seidel, for appellee Joseph K. Seidle, Jr.; Edwin K. Daly, Jr., appellee, *in propria persona*.

Order affirmed.